UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION

| | | |
|---|---|---|
| DORA BURTON | § | |
| | § | |
| VERSUS | § | |
| | § | |
| SEARS ROEBUCK AND CO., | § | CIVIL ACTION NO.:  1:18-cv-268-HSO-JCG |
| JIM WILSON & ASSOCIATES, LLC, D/B/A | § | |
| EDGEWATER MALL, SCHINDLER ELEVATOR | § | |
| CORPORATION, KONE INC., AND | § | |
| OTIS ELEVATOR COMPANY | § | |

---

**NOTICE OF REMOVAL**

---

Schindler Elevator Corporation and Sears, Roebuck and Co., sought to be made defendants in this matter, who, on reserving all rights and defenses, including, but not limited to, all defenses contained in Federal Rule of Civil Procedure 12, respectfully represent that they desire to remove this matter to the United States District Court for the Southern District of Mississippi, Southern Division, and that removal on the grounds of diversity of citizenship is proper for the reasons explained below:

1.

On March 19, 2018, a civil action entitled *"Dora Burton v. Sears, Roebuck and Co. et al.,"* Cause No. A2402-18-28, was filed in the Second Judicial District of the Circuit Court of Harrison County, State of Mississippi.  Named defendants in the Complaint are Sears, Roebuck and Co. ("Sears"), Jim Wilson & Associates, LLC, d/b/a Edgewater Mall ("JW&A"), Schindler Elevator Corporation ("Schindler"), KONE Inc. ("KONE"), and Otis Elevator Company ("Otis").  (Exhibit "A," Complaint)

2.

Plaintiff is a resident of the State of Mississippi.

3.

Sears, Schindler, KONE, and Otis are all foreign corporations, and JW&A is a foreign limited liability company.

4.

Sears is a New York corporation with its principal place of business in Illinois.

5.

Schindler is a Delaware corporation with its principal place of business in New Jersey.

6.

JW&A is an Alabama limited liability company with its principal place of business in Alabama.  All members of JW&A are citizens of Alabama.  (Exhibit "B," Affidavit from JW&A)

7.

KONE is a Delaware corporation with its principal place of business in Illinois.

8.

Otis is a New Jersey corporation with its principal place of business in Connecticut.

9.

Schindler first received a copy of Plaintiff's Complaint on July 16, 2018.  (Exhibit "C," Service of Process Transmittal)

10.

Sears first received a copy of Plaintiff's Complaint on July 16, 2018.  (Exhibit "D," Service of Process Transmittal)

11.

JW&A first received a copy of Plaintiff's Complaint on July 16, 2018.

12.

Based on information and belief, and a review of the records in the Second Judicial District of the Circuit Court of Harrison County, State of Mississippi, KONE has not been served with the Complaint.

13.

Based on information and belief, and a review of the records in the Second Judicial District of the Circuit Court of Harrison County, State of Mississippi, Otis has not been served with the Complaint.

14.

Thirty days have not expired since the receipt by Schindler and Sears, through service or otherwise, of a copy of the initial filed pleadings setting forth the claim for relief upon which such action is based.

15.

The Complaint seeks recovery of damages for personal injuries allegedly sustained by Plaintiff, Dora Burton, in an alleged escalator incident on March 17, 2015, at Sears located in the Edgewater Mall, 2600 Beach Blvd., Biloxi, Mississippi.  The nature of this alleged incident is more fully stated in the Complaint.

16.

Plaintiff specifically alleges that she was riding an escalator that "unexpectedly and violently stopped, jerked, quit, reversed or otherwise malfunctioned," causing Plaintiff to fall downward.

17.

As a result of the incident, Plaintiff alleges she "injured her body, including her spine and hips, suffered pain, loss of mobility, loss of enjoyment of life, related medical bills and actual damages, and past, present and future emotional distress and mental pain and anguish." Plaintiff claims her related medical bills total $185,780.

18.

Based on these allegations as described by Plaintiff, and while not admitting that Plaintiff sustained any injuries or damages in the alleged incident, it appears that the amount in controversy exceeds the $75,000 jurisdictional amount of this Court, exclusive of interest and costs.

19.

Therefore, Schindler and Sears aver that there exists diversity of citizenship between Plaintiff and all Defendants; that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs; and accordingly, that there is original jurisdiction over the subject matter of this action in this Court, as provided in 28 U.S.C. §1332; and that said action may be removed by Schindler and Sears, pursuant to the provisions of 28 U.S.C. §1441.

20.

Filed herewith are copies of all processes and pleadings served on Schindler and Sears, all as required by 28 U.S.C. § 1446(a). (Attached *in globo* as Exhibit "E.")

21.

Filed herewith is a Notice of Consent to Removal from JW&A. (Exhibit "F," Consent to Removal)

22.

Promptly upon filing this Notice of Removal, written notice thereof is being given to Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of the aforesaid state court, to effect the removal of this action as provided by law.  (A copy of the Notice of Filing of Notice of Removal is attached as Exhibit "G.")

WHEREFORE, Defendants, Schindler Elevator Corporation and Sears, Roebuck and Co., pray that this Notice of Removal be accepted as good and sufficient and the aforesaid civil action be removed from the Second Judicial District of the Circuit Court of Harrison County, State of Mississippi, into this Court for trial and determination as provided by law; that this Court may enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in state court in said civil action, and thereupon proceed with this civil action as if originally commenced in this Court; and that all orders and decrees necessary or appropriate and in accordance with the law in such cases be made and provided.

**THE AUBERT LAW FIRM**

BY:  /s/ *James P. Meyer*
JAMES P. MEYER
Mississippi State Bar Association No. 2914
Email: jmeyer@aubertlaw.com
222 North Vermont Street
Covington, Louisiana 70433
Telephone: (985) 809-2000
Facsimile:  (985) 809-2001
ATTORNEY FOR DEFENDANTS,
SCHINDLER ELEVATOR CORPORATION
AND SEARS, ROEBUCK AND CO.

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Notice of Removal was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the following counsel, by operation of the Court's electronic filing system, on this 14th day of August 2018:

> Joseph S. Gatlin, III, Esquire
> 219 Glenway Dr.
> Jackson, MS 39216
> Email: gatlinlawfirm@gmail.com
> ATTORNEY FOR PLAINTIFF


> /s/ *James P. Meyer*
> JAMES P. MEYER